UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-mc-00141 |
| | ) | JUDGE CAMPBELL |
| BENJAMIN MANDLI | ) | |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Docket No. 3) the Defendant's Motion for Emergency Relief (Docket No. 1).

The Motion to Dismiss is GRANTED (Docket No. 3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE